COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

## NOT DESIGNATED FOR PUBLICATION

Brandon Lavergne
General Population DOC No. 424229
Louisiana State Prison
Angola LA 70712

**REHEARING ACTION: September 4, 2013**

**Docket Number: 13   00314-KH**

**STATE OF LOUISIANA
VERSUS
BRANDON LAVERGNE**

**Writ Application from Lafayette Parish Case No. 138234**

**BEFORE JUDGES:**

   **Hon. John D. Saunders
   Hon. James T. Genovese
   Hon. Shannon J. Gremillion**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Brandon Lavergne** has this day been

   **DENIED.**

cc: Michael Harson, Counsel for  the Respondent